IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CITY OF ALBUQUERQUE,

       Plaintiff,

v.                                       CIV No. 20-0371 KG/KK

WILLIAM P. BARR, *in his official capacity as*
*Attorney General of the United States*, and
U.S. DEPARTMENT OF JUSTICE,

       Defendants.

**<u>ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>**

     IT IS HEREBY ORDERED that a status conference will be held by telephone on

**<u>TUESDAY, AUGUST 4, 2020, AT 2:00 PM (MT)</u>**.   Counsel shall call the AT&T conference

line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.   CALLS

WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.


                                         _____
                                         UNITED STATES DISTRICT JUDGE