IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CITY OF ALBUQUERQUE**,

        Plaintiff,

v.

**MERRICK B. GARLAND**, in his official capacity as Attorney General of the United States, and the **U.S. DEPARTMENT OF JUSTICE**,

        Defendants.

Case No. 1:20-cv-00371-KG-KK

## **ORDER**

In light of the changed circumstances described in the Parties' Stipulation and Joint Motion to Dismiss, ECF No. 44, the Court finds that this case, with the exception of a request for attorney fees to be filed by the City of Albuquerque within four weeks of entry of this Order, has become moot.

IT IS ORDERED that

1. The Parties' Joint Motion to Dismiss is hereby GRANTED;

2. The Court's preliminary injunction, ECF No. 42, is DISSOLVED; and

3. The above-captioned case is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

1