IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CITY OF ALBUQUERQUE,

    Plaintiff,

vs.   Civ. No. 20-0371 KG/KK

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States, and the U.S.
DEPARTMENT OF JUSTICE,

    Defendants.

## FINAL JUDGMENT

Having previously granted the parties' Joint Motion to Dismiss (Doc. 44), and having now resolved the attorney fees issue by separate Memorandum Order and Opinion (Doc. 53), and pursuant to Federal Rule of Civil Procedure 58(a), the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE